UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 24-1552 (DSD/TNL)

Musab Mohamed Salih Alhussein,

        Plaintiff,

v.                                    **ORDER**

Elkhart County,

        Defendant.

This matter is before the court upon the report and recommendation by United States Magistrate Judge Tony N. Leung dated May 28, 2024 (R&R). Based on the files and records, and no objections to the R&R having been filed, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 3] is adopted in its entirety; and

2. This action is dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 13, 2023

                                      s/David S. Doty
                                      David S. Doty, Judge
                                      United States District Court